AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ CALIFORNIA

**FILED**
AUG 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.

JOSE ALFREDO SOSA-BRISENO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 2802-W

I, __JOSE ALFREDO SOSA-BRISENO__, the above named defendant, who is accused of

False Statement  8 USC § 1001

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __August 21, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
           Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd